UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TEA HUB, LLC,<br><br>　　　　　Defendant. | Case No. 21-cv-04545-JCS<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Scott Johnson brings a federal claim under the Americans with Disabilities Act ("ADA") and, invoking the Court's supplemental jurisdiction under 28 U.S.C. § 1367, a state law claim under California's Unruh Civil Rights Act. The Ninth Circuit has held that comity concerns arising from California's procedural rules for disability access cases brought by frequent plaintiffs like Johnson constitute exceptional circumstances that may be sufficient to decline supplemental jurisdiction. *See Arroyo v. Rosas*, 19 F.4th 1202, 1211–14 (9th Cir. 2021). This Court has previously held that the reasoning of *Arroyo* warrants declining jurisdiction in a typical case where a high-frequency litigant has brought parallel ADA and Unruh Act claims and no decision has yet been reached on the merits of either claim. *See generally Garcia v. Maciel*, No. 21-cv-03743-JCS, 2022 WL 395316 (N.D. Cal. Feb. 9, 2022). Johnson is therefore ORDERED TO SHOW CAUSE why the Court should not decline to exercise supplemental jurisdiction over his Unruh Act claim for the reasons stated in *Garcia v. Maciel*, by filing a response to this order no later than December 7, 2022.

**IT IS SO ORDERED.**

Dated: November 30, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge